## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Randy Hui

                      Plaintiff,

v.                                               Case No.: 1:23−cv−03430
                                                           Honorable Virginia M. Kendall

Marcin Chojnacki, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 21, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. The following cases are consolidated for Discovery purposes, not for all purposes: 23 C 3430, 23 C 4406, 23 C 1469, 23 C 1596, 23 C 1691, 23 C 2401, 23 C 2520, 23 C 2546, 23 C 2858, 23 C 3173 and 23 C 16573. All motions and pleadings will need to be filed on all the cases it pertains to. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.