IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANDY HUI,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCIN CHOJNACKI, et al.,<br><br>    Defendants. | Case No.: 1:23–cv–03430<br><br>Judge Virginia M. Kendall<br>Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to settlement, the Plaintiff, Randy Hui, through his attorneys at Gaspero & Gaspero, and the Defendant, Laurena Mikosz, through her attorneys at Oberts Galasso Law Group, stipulate and agree to voluntarily dismiss all claims against Laurena Mikosz, with prejudice and with each party to bear their own costs.

Plaintiff requests that this Court dismiss all claims against Laurena Mikosz, with prejudice and with each party to bear their own costs.

/s/Lisa M. Gaspero
Lisa Gaspero, ARDC #6238390
Gaspero & Gaspero, Attorneys at Law P.C.
2001 Butterfield Rd., Suite 1022
Downers Grove, IL 60515
630-687-9700
lisa@gasperolaw.com
*Atty. for Plaintiff*

/s/Michael R. Spanel
Michael R. Spanel, ARDC #6321925
Oberts Galasso Law Group
181 W. Madison St., 47th Floor
Chicago, IL 60601
312-741-1024
mrspanel@obertsgalasso.com
*Atty. for Laurena Mikosz*